IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv230

| | |
|---|---|
| FIRST UNION RAIL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SPRINGFIELD TERMINAL RAILWAY ) | |
| COMPANY; MAINE CENTRAL RAILROAD ) | |
| COMPANY; BOSTON AND MAINE ) | |
| CORPORATION; and PAN AM RAILWAYS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic docket review. It appearing that the time for discovery will expire October 21, 2009, that the deadline for filing dispositive motions will expire October 31, 2009, and that trial is calendared for December 2009, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this matter is set for trial in Charlotte in Courtroom #1 beginning on November 30, 2009. A Final Pretrial Conference is calendared for November 12, 2009, at 2:00 p.m. in Asheville in Courtroom #2. Counsel for all parties shall attend and be prepared to exchange at that conference exhibit lists, witness lists, trial briefs, and proposed jury instructions. Counsel may comply with such exchange requirement through filing such materials through ECF at least one day in advance of such Final Pretrial Conference.

The Clerk of this court is respectfully instructed to send to respective counsel a calendar reflecting such scheduling of the Final Pretrial Conference and Trial.

```
                              Signed: October 5, 2009
```

Dennis L. Howell
United States Magistrate Judge